# IN THE MATTER OF FRANÇOIS NAVARRE, AN ABSENT GRAND JUROR

## 1811

### JOURNAL ENTRIES

1. Order for citation . . . . . . . . . *Journal, infra,* *p. 343
2. Excused . . . . . . . . . . . . . . " 356

### PAPERS IN FILE
[None]

# IN THE MATTER OF OLIVER W. MILLER, AN ABSENT GRAND JUROR

## 1811

### JOURNAL ENTRIES

1. Order for citation . . . . . . . . . *Journal, infra,* *p. 343
2. Excused . . . . . . . . . . . . . . " 384

### PAPERS IN FILE
[None]